USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/1/2022_

**U.S. Department**

*United States*
*Southern Dis*

*86 Chambers Street*
*New York, New Yor*

June 1, 2022

VIA ECF
Hon. Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      **Re:  *Paramanga Ornella Sergine Ouoba v. Raufer*, No. 22 Civ. 2772 (AT)**

Dear Judge Torres:

      This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application for Asylum and for Withholding of Removal (Form I-589).  On behalf of the government, I write respectfully to request a sixty-day extension of the time to respond to the complaint (*i.e.*, from June 7, 2022, to August 8, 2022).[1]  In addition, I respectfully request that the deadline for the joint letter and jointly proposed Case Management Plan and Scheduling Order presently due on June 3, 2022, be extended to the week of August 15, 2022. *See* ECF No. 7

      I respectfully request this extension because USCIS recently conducted an interview relating to the Form I-589 and needs time to determine next steps, which may include a Request for Evidence, Notice of Intent to Deny, or other adjudicatory action that may render this matter moot.  This is the government's first request for an extension of the deadlines to respond to the complaint and for submission of the joint letter and jointly proposed Case Management Plan and Scheduling Order.  Plaintiff consents to these requests.

GRANTED.

SO ORDERED.

Dated: June 1, 2022
      New York, New York

                                              ANALISA TORRES
                                              United States District Judge

---

[1] Given that a sixty-day extension falls on Saturday, August 6, 2022, followed by a Sunday, the deadline would be extended until Monday, August 8, 2022.  *See* Fed. R. Civ. P. 6(a)(1).